1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                            DISTRICT OF NEVADA

10   BRAD SAHLHOFF,                          Case No. 2:10-cv-00953-HDM-RJJ
11                    Plaintiff              ORDER GRANTING
                                             **STIPULATION AND ORDER FOR**
12   v.                                      **DISMISSAL WITH PREJUDICE**
13   MIDLAND CREDIT MANAGEMENT,
14                    Defendants

15          Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated by and between Plaintiff Brad
16   Sahlhoff, by and through his attorneys Cogburn Law Offices, and Defendant Midland
17
18   . . .
19   . . .
20   . . .
21   . . .
22   . . .
23   . . .
24   . . .
25   . . .
26   . . .
27   . . .
28   . . .

                                                 1

1  Credit Management, by and through its attorneys Lionel Sawyer & Collins, that this action may

2  be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

3      Dated:  October 8, 2010.    LIONEL SAWYER & COLLINS

By:   /s/ Jennifer L. Braster
John M. Naylor, Esq., NSB #5435
Jennifer L. Braster, Esq., NSB #9982
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101

Attorneys for Midland Credit Management

Dated: October 8, 2010.    COGBURN LAW OFFICES

By:   /s/ Andrew L. Rempfer
Jamie S. Cogburn, Esq., NSB #5409
Andrew L. Rempfer, Esq., NSB #8628
9555 S. Eastern Ave., Suite 280
Las Vegas, NV 89123

Attorneys for Brad Sahlhoff

\*\*\*

**IT IS SO ORDERED.**

Dated this  12th  day of October, 2010.

*[signature: Howard D. McKibben]*

UNITED STATES DISTRICT COURT JUDGE